UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No: 1:23-cr-24
Hon. Jane M. Beckering
United States District Judge

KRISTIAN IGNACIO FELIZ,

    Defendant.

_____/

DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE

Defendant, Kristian Ignacio Feliz, through counsel, pursuant to Local Criminal Rule 32.2(g), respectfully moves this Court to impose a sentence that varies below the Sentencing Guidelines.  This request is based on the application of the sentencing factors set forth in 18 U.S.C. § 3553(a) and the reasons set forth in Defendant's Sentencing memorandum.

Dated: May 22, 2024                                             Respectfully Submitted,

                                                            By:   /s/  Cirilo Martinez
                                                                    Cirilo Martinez,
                                                                    Attorney for Defendant
                                                                    3010 Lovers Lane
                                                                    Kalamazoo, Michigan 49001
                                                                    (269) 342-1112